MARK G. BONINO (SBN 70215)
MARIA S. QUINTERO (SBN 223629)
**HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone:   (650) 637-9100
Facsimile:    (650) 637-8071
Email:         mbonino@hayesscott.com

Attorney for Plaintiff
SEQUOIA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. CV09-3386 SC<br><br>[Assigned to the Honorable Samuel Conti]<br><br>[PROPOSED] ORDER DISMISSING ACTION |

Good cause appearing therefor:

IT IS HEREBY ORDERED that the above-entitled action be and hereby is dismissed, without prejudice. Pursuant to the Stipulation of the parties, each party is to bear its own costs and attorneys fees.

Dated: __8/9__, 2010

By: _____
SAMUEL *[signature: Samuel Conti]*
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

263457

- 1 -

[PROPOSED] ORDER DISMISSING ACTION, CASE NO. CV09-3386 SC